INDEX #: 08 CV 00436
Date Filed: January 17, 2008
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: ATTN:MIKE SADIS & GOLDBERG, LLC    PH: 212-947-3793
Address: 551 5th Avenue, 21st Floor  NEW YORK  NY  10176   File No.: _____

*NATALEE DAVIS*

vs

*MASADA AUTO SALES, LTD, ET ANO*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____Linden Blackman_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___January 23, 2008___ at ___1:04PM___, at ___72-12 QUEENS BLVD, WOODSIDE, NY 11377___, deponent served the within ___Summons and Complaint___

on: **MASADA AUTO SALES, LTD,** , **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 L.T.D.** [X]  By delivering thereat a true copy of each to ___OREN COHEN___ personally, deponent knew the person so served to be the ___AGENT AUTHORIZED___ of the L.T.D., and authorized to accept service on behalf of the L.T.D..

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by _____

**#5 MAIL COPY** [X]  On ___January 24, 2008___, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: __Male__   Color of skin: __White__   Color of hair: __Brown__   Age: __30 - 40 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __131 - 160 Lbs.__   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT**  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on ___January 24, 2008___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Linden Blackman
Server's Lic # 871311
Invoice/Work Order # 08001900

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*